1 | EDDIE R. JIMENEZ (CA SBN 231239)
HIEU T. PHAM (CA SBN 265146)
2 | GABRIEL OZEL (CA SBN 269098)
PITE DUNCAN LLP
3 | 4375 Jutland Drive, Suite 200
P.O. Box 17933
4 | San Diego, CA 92177-0933
Telephone: (858) 750-7600
5 | Facsimile: (619) 590-1385

**The following constitutes
the order of the court. Signed January 27, 2011**

_____
**Charles Novack
U.S. Bankruptcy Judge**
_____

Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>HAROLD FRYE AND CELESTE FRYE,<br><br><br><br><br><br>Debtor(s). | Case No. 10-53979-CN<br><br>Chapter 13<br><br>R.S. No. HTP-67<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: January 5, 2011<br>TIME: 3:00 PM<br>CTRM: 3070<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 South 1st St. #3035<br>San Jose, CA 95113-3099 |

The above-captioned matter came on for hearing on January 5, 2011, at 3:00 PM, in Courtroom 3070, upon the Motion of HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates Series 2006-AR14 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Harold Frye and Celeste Frye ("Debtors") commonly known as 3129 Ocean Terrace, Marina, California 93933 (the "Real Property"), which is legally described as follows:

      SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 40.

- 1 -

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6. Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case;

7. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

8. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

Harold Frye
715 Cass Street
Monterey, CA 93940

Celeste Frye
3129 Ocean Terrace
Marina, CA 93933

Jason Vogelpohl
Central Coast Bankruptcy
154 Central Ave.
Salinas, CA 93901
Debtor Attorney

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013
Chapter 13 Trustee

U.S. Trustee
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

Monterey County Tax Collector
P.O. Box 891
Salinas, CA 93902-0891